UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SHAWN L. DAVIS, ) | |
| ) | Case No. 1:20-cv-189 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| DALE TAYLOR and HASMAKHBHAI ) | |
| CHAUDHRY ) | |
| ) | |
| *Defendants*. ) | |

**ORDER**

Before the Court is Plaintiff's second motion to proceed *in forma pauperis* (Doc. 10). Because the Court has already granted him leave to proceed *in forma pauperis* (Doc. 8), Defendant's second motion (Doc. 10) is **DENIED AS MOOT**.

Also before the Court is United States Magistrate Judge Christopher H. Steger's report and recommendation (Doc. 9). Magistrate Judge Steger recommends that this action be dismissed without prejudice for failure to state a claim for which relief can be granted. (*See id.*) No party filed a timely objection to the report and recommendation. Nevertheless, the Court has reviewed the report and recommendation, as well as the other documents in the record. Upon such review, the Court agrees with Magistrate Judge Steger's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 9), and will **ORDER** that this action be dismissed for failure to state a claim.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**